1  Ganka Hadjipetrova (State Bar No. 274073)
2  777 San Antonio Rd., Apt. 48
   Palo Alto, California 94303
3  Telephone: (408) 910-0390
   Email: gankah@gmail.com
4  Attorney for Plaintiffs EMIL P. MILYAKOV and MAGDALENA A. APOSTOLOVA

5  **BRYAN CAVE LLP**
   Deborah A. Goldfarb, California Bar No. 241942
6  Robert Esposito, California Bar No. 267031
   Two Embarcadero Center, Suite 1410
7  San Francisco, CA 94111-3907
   Telephone:    (415) 675-3400
8  Facsimile:    (415) 675-3434
   E-Mail:       deborah.goldfarb@bryancave.com
9  E-Mail:        robert.esposito @bryancave.com

10 Glenn Plattner, California Bar No. 137454
   120 Broadway, Suite 300
11 Santa Monica, CA 90401-2386
   Telephone:    (310) 576-2100
12 Facsimile:    (310) 576-2200
   E-Mail:       glenn.plattner@bryancave.com
13
14 Attorneys for Defendants JPMORGAN CHASE BANK, N.A.; CALIFORNIA
   RECONVEYANCE CO.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

15              **UNITED STATES DISTRICT COURT**

16     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

17

18 EMIL P. MILYAKOV;                          Case No. 11-cv-2066-EDL
   MAGDALENA A. APOSTOLOVA
19                                            **STIPULATION REGARDING**
                Plaintiffs,                   **DEADLINE TO FILE RESPONSIVE**
20                                            **PLEADING; [PROPOSED] ORDER**
                v.
21                                            **[CIVIL L.R. 6-2]**
   JP MORGAN CHASE, N.A.; HSBC BANK
22 USA, NA; CALIFORNIA                        Judge:    Honorable Elizabeth D. Laporte
   RECONVEYANCE CO.; PAUL
23 FINANCIAL, LLC; MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS,
24 INC (MERS); FOUNDATION
   CONVEYANCING, LLC; AND DOES 1
25 THROUGH 100,

26              Defendants.

27

28

*Left margin (vertical):* BRYAN CAVE LLP TWO EMBARCADERO CENTER, SUITE 1410 SAN FRANCISCO, CA 94111-3907

## <u>STIPULATION</u>

Plaintiffs Emil P. Milyakov and Magdalena A. Apostolova and Defendants JPMorgan Chase Bank, N.A., California Reconveyance Co., and Mortgage Electronic Registration Systems, Inc. (collectively "the parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS,

1.      Defendants' responsive pleading is due May 16, 2011.

2.      The parties are engaged in discussions to resolve this matter amicably.

3.      The parties have requested no previous extension of time and the extension requested herein is not requested for the purposes of delay and will not result in prejudice to the parties or the Court.

4.      A trustee's sale of the property located at 106 Madrid Street, San Francisco, California, which is the subject of this action, is currently scheduled for July 6, 2011.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

1   NOW, THEREFORE

2        1.      Defendants shall file a responsive pleading on or before July 19, 2011.

3        2.      Defendants shall postpone the trustee's sale if the parties have not reached an

4               amicable resolution before July 6, 2011.

5        **IT IS SO STIPULATED.**

6        The content of this document is acceptable to all persons who have signed below.

7   Dated:  May 16, 2011                        Ganka Hadjipetrova

8

9                                               By:   */s/ Ganka Hadjipetrova*
                                                      Ganka Hadjipetrova
10                                              Attorney for Plaintiffs EMIL P. MILYAKOV
                                                AND MAGDALENA A. APOSTOLOVA
11

12  Dated:  May 16, 2011                        **BRYAN CAVE LLP**

13

14                                              By:   */s/ Robert J. Esposito*
                                                      Robert J. Esposito
15                                                    Deborah Goldfarb
                                                      Glenn Plattner
16                                              Attorneys for Defendants
                                                JPMORGAN CHASE BANK, N.A.;
17                                              CALIFORNIA RECONVEYANCE CO.; and
                                                MORTGAGE ELECTRONIC REGISTRATION
18                                              SYSTEMS, INC.

19                                      **[PROPOSED] ORDER**

20       Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED.**

21

22  ___May 18, 2011_____                       _____

23  Date                                        Honorable Elizabeth D. Laporte
                                                United States _____
24                                              Northern _____

25                                                            Judge Elizabeth D. Laporte

26

27

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907