**BRYAN CAVE LLP**
Deborah A. Goldfarb, California Bar No. 241942
Robert Esposito, California Bar No. 267031
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:   deborah.goldfarb@bryancave.com
E-Mail:   robert.esposito @bryancave.com

**BRYAN CAVE LLP**
Stuart Price, California Bar No. 125918
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  swprice@bryancave.com

Attorneys for Defendants JPMORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE CO.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EMIL P. MILYAKOV; MAGDALENA A. APOSTOLOVA<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE, N.A.; HSBC BANK USA, NA; CALIFORNIA RECONVEYANCE CO.; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS); FOUNDATION CONVEYANCING, LLC; AND DOES 1 THROUGH 100,<br><br>Defendants. | Case No. 11-cv-2066-EDL<br><br>**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge:   Honorable Elizabeth D. Laporte |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, effective immediately, Defendants JPMorgan Chase Bank, N.A., California Reconveyance Co., and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants") make the following Notice of Substitution of Counsel pursuant to Section IV.C.2. of General Order No. 45 of the United States District Court, Northern District of California, which pertains to substitutions of counsel from the same firm:

Former counsel of record:

> Glenn Plattner, California Bar No. 137454
> Bryan Cave LLP
> 120 Broadway, Suite 300
> Santa Monica, CA 90401-2386
> Telephone: (310) 576-2100
> Facsimile: (310) 675-2200
> E-mail: glenn.plattner@bryancave.com

New counsel of record:

> Stuart Price, California Bar No. 125918
> Bryan Cave LLP
> 3161 Michelson Drive, Suite 1500
> Irvine, California 92612-4414
> Telephone: (949) 223-7000
> Facsimile: (949) 223-7100
> Email: swprice@bryancave.com

Deborah A. Goldfarb and Robert Esposito of Bryan Cave LLP also remain Defendants' counsel of record.

Dated: May 25, 2011   **BRYAN CAVE LLP**

By: */s/ Robert J. Esposito*
Robert J. Esposito
Deborah Goldfarb
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.;
CALIFORNIA RECONVEYANCE CO.; and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.