1  **BRYAN CAVE LLP**
   Deborah A. Goldfarb, California Bar No. 241942
2  Robert Esposito, California Bar No. 267031
   Two Embarcadero Center, Suite 1410
3  San Francisco, CA 94111-3907
   Telephone:    (415) 675-3400
4  Facsimile:    (415) 675-3434
   E-Mail:       deborah.goldfarb@bryancave.com
5  E-Mail:       robert.esposito @bryancave.com

6  Start Price, California Bar No. 125918
   3161 Michelson Drive, Suite 1500
7  Irvine, California 92612-4414
   Telephone:    (949) 223-7000
8  Facsimile:    (949) 223-7100
   E-Mail:       swprice@bryancave.com
9
   Attorneys for Defendants JPMORGAN CHASE BANK, N.A.; CALIFORNIA
10 RECONVEYANCE CO.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

11              **UNITED STATES DISTRICT COURT**

12   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

13

14 EMIL P. MILYAKOV;                         Case No. 11-cv-2066-EDL
   MAGDALENA A. APOSTOLOVA
15                                           **STIPULATION REGARDING**
            Plaintiffs,                      **DEADLINE TO FILE RESPONSIVE**
16                                           **PLEADING; [~~PROPOSED~~] ORDER**
            v.
17                                           **[CIVIL L.R. 6-2]**
   JP MORGAN CHASE, N.A.; HSBC BANK
18 USA, NA; CALIFORNIA                       Judge:   Honorable Elizabeth D. Laporte
   RECONVEYANCE CO.; PAUL
19 FINANCIAL, LLC; MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS,
20 INC (MERS); FOUNDATION
   CONVEYANCING, LLC; AND DOES 1
21 THROUGH 100,

22          Defendants.

23

24

25

26

27

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

**STIPULATION**

Plaintiffs Emil P. Milyakov and Magdalena A. Apostolova and Defendants JPMorgan Chase Bank, N.A., California Reconveyance Co., and Mortgage Electronic Registration Systems, Inc. (collectively "the parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS,

1.    Defendants' responsive pleading is due July 19, 2011.  (*See* Dkt. 7).

2.    The parties are engaged in discussions to resolve this matter amicably.

3.    The parties have requested one previous extension of time and the extension requested herein is not requested for the purposes of delay and will not result in prejudice to the parties or the Court.

4.    A trustee's sale of the property located at 106 Madrid Street, San Francisco, California, which is the subject of this action, is currently scheduled for August 10, 2011.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

1  NOW, THEREFORE

2       1.    Defendants shall file a responsive pleading on or before August 2, 2011.

3  **IT IS SO STIPULATED.**

4       The content of this document is acceptable to all persons who have signed below.

5  Dated: _July 11, 2011_                    **NEWTON LAW GROUP**

6

7                                           By: _V. Nguyen_

8                                              Vince D. Nguyen
                                               Attorney for Plaintiffs
9                                              EMIL P. MILYAKOV AND MAGDALENA A.
                                               APOSTOLOVA

10

11 Dated: _July 11, 2011_                    **BRYAN CAVE LLP**

12

13                                          By: _/s/ Robert J. Esposito_
                                               Robert J. Esposito
14                                             Deborah Goldfarb
                                               Stuart W. Price
15                                          Attorneys for Defendants
                                            JPMORGAN CHASE BANK, N.A.;
16                                          CALIFORNIA RECONVEYANCE CO.; and
                                            MORTGAGE ELECTRONIC REGISTRATION
17                                          SYSTEMS, INC.

18

19                                    ~~[PROPOSED]~~ ORDER

20     Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED.**

21

22  7/12/2011
    Date                                     Honorable Elizabeth D. Laporte
23                                           United States District Court
                                             Northern District of California
24
                                             IT IS SO ORDERED
25                                           _Elizabeth D. Laporte_
26                                           Judge Elizabeth D. Laporte
27

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907