1
2
3
4

## UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| EMIL P. MILYAKOV, <br> MAGDALENA A. APOSTOLOVA, <br><br> Plaintiffs, <br><br> vs. <br><br> J.P. MORGAN CHASE, N.A.; HSBC BANK USA, NA; CALIFORNIA RECONVEYANCE CO.; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS); FOUNDATION CONVEYANCING, LLC; DOES 1 through 100, <br><br> Defendants. | Case No. 11-CV-2066. <br><br> **PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL** <br> AND ORDER OF APPROVAL |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORDS:

PLEASE TAKE NOTICE that, effectively immediately, Plaintiffs Emil Milyakov and Magdalena Apostolova make the following:

MAGDALENA APOSTOLOVA
106 Madrid Street
San Francisco, CA 94112

Telephone: (415) 218-4939

as their counsel or records in the place of attorney Vince D. Nguyen.

//
//
//
//

NOTICE OF SUBSTITUTION OF COUNSEL          1

DATE: 7-13-2011

_____
EMIL MILYAKOV, Plaintiff

DATE: July 13, 2011

_____
MAGDALENA APOSTOLOVA, Plaintiff

I accept the role of counsel of record

DATE: July 13, 2011

_____
MAGDALENA APOSTOLOVA,
In Pro Per.

I consent to the above substitution

DATE: July 14, 2011

_____
VINCE D. NGUYEN, Esq.

Pursuant to Civil Local Rule 11-5, the Clerk shall make the above substitution on the docket.

**IT IS SO ORDERED.**

Dated: July 18, 2011.

_____
William Alsup
United States District Judge

NOTICE OF SUBSTITUTION OF COUNSEL        2