IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV and MAGDALENA A. APOSTOLOVA,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE, N.A., HSBC BANK USA, NA, CALIFORNIA RECONVEYANCE CO., PAUL FINANCIAL, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), FOUNDATION CONVEYANCING, LLC, and DOES 1 through 100,<br><br>Defendants. | No. C 11-02066 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference scheduled for 8:00 a.m. on September 8, 2011, is **CONTINUED** to **11:00 A.M.** the same day. This is the time the undersigned regularly holds case management conferences.

**IT IS SO ORDERED.**

Dated: September 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE