IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV and MAGDALENA A. APOSTOLOVA,

    Plaintiffs,

  v.

JP MORGAN CHASE, N.A., HSBC BANK USA, NA, CALIFORNIA RECONVEYANCE CO., PAUL FINANCIAL, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), FOUNDATION CONVEYANCING, LLC, and DOES 1 through 100,

    Defendants.

No. C 11-02066 WHA

**ORDER STRIKING PLAINTIFFS' MOTION FOR AN ORDER COMPELLING FURTHER DISCOVERY RESPONSES FROM ALL DEFENDANTS**

*Pro se* plaintiffs filed a motion for an order compelling further responses to discovery from all defendants. Pursuant to paragraph 25 of the Court's Supplemental Order, "requests for discovery relief must first be summarized in a letter no longer than three pages from the party seeking relief after having met and conferred." Plaintiffs make no representation that they met and conferred with defendants regarding the discovery dispute. Prior to seeking discovery relief

from the Court, plaintiffs must comply with the requirements set forth in the Supplemental Order. Thus, plaintiffs' motion is hereby **STRICKEN**. The motion hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE