IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV; MAGDALENA A. APOSTOLOVA,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATIONS; CALIFORNIA RECONVEYANCE COMPANY; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),<br><br>    Defendants.<br>_____/ | No. C 11-02066 WHA<br><br>**SCHEDULING ORDER RE SUMMARY JUDGMENT HEARING** |

On September 2, 2011, defendants' motion to dismiss plaintiffs' fourth, fifth, and sixth claims was converted into a motion for summary judgment and *pro se* plaintiffs were given until November 10, 2011, to make some showing that defeats the defendants' demonstration of the right to foreclose (Dkt. No. 35). Plaintiffs' have filed a response titled "memorandum of points and authorities in opposition to defendants' motion to dismiss first amended complaint conversion into a summary judgment" (Dkt. No. 45). A hearing was set for November 10, 2011.

The motion hearing previously set for November 10, has been rescheduled for November 17, 2011 at 2:00 p.m. before the Honorable William Alsup. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

**IT IS SO ORDERED.**

Dated: October 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE