IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV; MAGDELENA A. APOSTOLOVA,

        Plaintiff,

  v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATIONS; CALIFORNIA RECONVEYANCE COMPANY; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),

        Defendant.
                                        /

No. C 11-02066 WHA

**SCHEDULING ORDER CONSOLIDATING HEARINGS**

On October 27, 2011, plaintiffs filed a motion to remand for lack of subject matter jurisdiction (Dkt. No. 58). The hearing on the motion to remand is scheduled for December 1, 2011, at 8 a.m. Plaintiffs have also filed a motion for leave to file a second amended complaint and an opposition to defendants' motion to dismiss the first amended complaint conversion into summary judgment, which are both scheduled to be heard on November 17 at 2 p.m (Dkt. Nos. 43, 45). The motion hearings will be **CONSOLIDATED**, and all three motions will be heard at **2 P.M. ON DECEMBER 1**.

**IT IS SO ORDERED.**

Dated: November 1, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE