IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV and MAGDALENA A. APOSTOLOVA,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE, N.A., HSBC BANK USA, NA, CALIFORNIA RECONVEYANCE CO., PAUL FINANCIAL, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), FOUNDATION CONVEYANCING, LLC, and DOES 1 through 100,<br><br>Defendants. | No. C 11-02066 WHA<br><br>**ORDER ON MOTION TO SHORTEN TIME FOR MOTION TO REMAND, OR ALTERNATIVELY, CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs filed a motion to shorten time on the motion to remand, or in the alternative, to continue the hearing on the motion for summary judgment (Dkt. No. 60). Defendants did not stipulate to the motion. Plaintiffs seek to have the motion to remand heard on an expedited basis so that the Court can address the remand issue prior to ruling on other pending motions. Plaintiffs articulate no other reason for seeking to have the motion to remand heard on an expedited basis.

By order dated November 1, 2011, the Court consolidated the hearings on plaintiffs' motion to remand, motion for leave to file a second amended complaint, and defendants' motion for summary judgment (Dkt. No. 59). All three motions are scheduled to be heard at 2 p.m. on December 1. If the Court grants the motion to remand, no further action will be taken on the

pending motions. The order finds no basis for shortening time, as plaintiffs' only reason for shortening time is already addressed by the consolidation of the above-mentioned hearings.

Thus, the motion to shorten time is **DENIED**. The motion to continue the hearing on the summary judgment motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: November 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2