**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV and MAGDALENA A. APOSTOLOVA,,

    Plaintiffs,

  v.

JP MORGAN CHASE, N.A., HSBC BANK USA, NA, CALIFORNIA RECONVEYANCE CO., PAUL FINANCIAL, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), FOUNDATION CONVEYANCING, LLC, and DOES 1 through 100,

    Defendants.

                                          /

No. C 11-02066 WHA

**ORDER STRIKING MOTION TO DISMISS AND DENYING AS MOOT MOTION TO SHORTEN TIME**

*Pro se* plaintiffs Emil Milyakov and Magdalena Apostolova have filed a motion to dismiss and a motion to shorten time for the motion to dismiss. Plaintiffs filed a motion to dismiss on November 17, 2011, and noticed it for hearing on December 1, 2011. Pursuant to Civil Local Rule 7-2, "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Plaintiffs have failed to comply with Rule 7-2. Their motion to dismiss is hereby **STRICKEN**.

Plaintiffs have also filed a motion to shorten time for the motion to dismiss pursuant to

Local Rules 6-1 and 6-3, without submitting the required declaration. As plaintiffs' motion to dismiss has been stricken, the motion to shorten time is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE