IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV and MAGDALENA A. APOSTOLOVA,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE, N.A., HSBC BANK USA, NA, CALIFORNIA RECONVEYANCE CO., PAUL FINANCIAL, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), FOUNDATION CONVEYANCING, LLC, and DOES 1 through 100,<br><br>    Defendants. | No. C 11-02066 WHA<br><br>**ORDER STRIKING SUPPLEMENTAL BRIEF** |

*Pro se* plaintiffs Emil Milyakov and Magdalena Apostolova have filed a "supplemental brief in support of the motion to remand as an alternative to continue the hearing on the motion for summary judgment" (Dkt. No. 79). Pursuant to Civil Local Rule 7-3(d) "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval" unless new evidence has been submitted in the reply brief or the party seeks to file a statement of recent decision. Plaintiffs filed a reply to the motion to remand on November 15, 2011. The supplemental brief in support of the motion to remand is not a statement of recent decision.

Plaintiffs were not granted leave to file the supplemental brief. Briefing on the motion to remand has closed. Plaintiffs' submission at this time is improper. Thus, the supplemental brief is **STRICKEN**.

**IT IS SO ORDERED.**

Dated: November 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE