EMIL P. MILYAKOV
MAGDALENA A. APOSTOLOVA
106 MADRID ST.
SAN FRANCISCO, CA 94112
Telephone: (415)218-4939
Email: maggieSF@gmail.com

PLAINTIFFS IN PRO PER

FILED
2011 DEC 27 P 1:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## U.S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV;<br>MAGDALENA A. APOSTOLOVA<br><br>                  Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, NA;<br>CALIFORNIA RECONVEYANCE CO.;<br>PAUL FINANCIAL, LLC; MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS<br>INC (MERS); MERSCORP, INC;<br>FOUNDATION CONVEYANCING, LLC;<br>AND DOES 1 THROUGH 100,<br><br>                  Defendant. | Case No.: 11-CV-2066-WHA<br><br>PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT JUDGEMENT AND AN AFFIDAVIT<br><br>Management Hearing Date: Jan. 24, 2012<br>Time: 2 pm<br>Location: San Francisco Courthouse<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102<br>Courtroom: F - 15th Floor<br>Judge: Magistrate Judge Jacqueline Scott Corley<br>Date Action Filed: April 20, 2011<br>Action Removed: April 27, 2011<br>Trial Date: Not yet assigned |

      Plaintiffs EMIL P. MILYAKOV AND MAGDALENA A. APOSTOLOVA hereby requests that this Court take judicial notice and declare an **Entry of Default Judgment** to the Defendants' answer to the GRANTED motion of the Plaintiffs to file Second amended complaint (SAC,) pursuant to the court order from December 1, 2011, docket number 83.

Plaintiffs' request is based on their statement of facts that the court fixed a deadline for filing an answer to Plaintiffs SAC, filed and properly served on the Defendants before noon on December 9, 2011, (see Exhibit) as instructed in the court order. An answer to the SAC was due within fourteen (14) calendar days after December 9, 2011, as ordered by this court on December 1, 2011.

Since the SAC was sent to the Defendants and the Plaintiffs' have not received an answer to the SAC and it has gone unanswered as of December 27, 2011. Confirmation that Defendants have failed to answer the SAC, with no explanation, or opposition, the Plaintiffs request this court to review these facts and grant this request that Defendants have defaulted in this matter without leave for further remedy.

DATE: Dec. 27, 2011

_____
EMIL P. MILYAKOV

_____
MAGDALENA A. APOSTOLOVA

**IN PRO PER**

## PLAINTIFFS' AFFIDAVIT

Pursuant on 50 U.S.C. app. Section 520, F.R.Civ.P. 55, and because the Defendant are not juvenile, incompetent, or in the military service, under 50 U.S.C. app. Section 520, the Plaintiffs request this court to take notice of the proper serving, please see POS as an Exhibit A.

As of the date of this filing, no answer has been received and no new filing on the court docket.

DATE Dec. 27, 2011

*/s/ Emil Milyakov/*
EMIL P. MILYAKOV

MAGDALENA A. APOSTOLOVA
IN PRO PER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT A

Milyakov & Apostolova v. JPM Chase Bank, NA et al
Case No.: 11-CV-02066-WHA

## PROOF OF SERVICE

I, NEVENNA M. APOSTOLOVA, the undersigned, declare:

I am now and at all times herein mentioned have been over the age of eighteen years, a resident of and employed in San Francisco County, California, and not a party to the within action or cause. My residential address is 106 Madrid St, San Francisco, CA 94112.

On December 9, 2011, I served the following document(s), described as:

PLAINTIFFS' SECOND AMENDED COMPLAINT

On the interested parties in this action, as follows:

| | |
|---|---|
| SELIA ACEVEDO | For: JPMC BANK N.A., MERS and |
| acevedos@bryancave.com | CA RECONVEYANCE CO. |

BY ELECTRONIC SERVICE – Pursuant to the consent of the parties I caused the above-entitled documents to be electronically served on the interested parties to the action at their email address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2011, in San Francisco, CA

/Nevenna Apostolova/
_____

Nevenna M. Apostolova

---

Proof of Service Electronic, Emil Milyakov v. JP Morgan Chase, NA; et al.  Page 1

Milyakov & Apostolova v. JPM Chase Bank, NA et al
Case No.: 11-CV-2066-WHA

# PROOF OF SERVICE

I, MAGDALENA APOSTOLOVA, the undersigned, declare:

I am now and at all times herein mentioned have been over the age of eighteen years, a resident of and employed in San Francisco County, California, and a party to the within action or cause. My residential address is 106 Madrid St, San Francisco, CA 94112.

On December 27, 2011, I CAUSED the following documents to be delivered:

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT JUDGEMENT AND AN AFFIDAVIT

On the interested parties in this action, as follows:

SELIA ACEVEDO                              For: JPMC BANK N.A., MERS, MERSCORP, INC and
acevedos@bryancave.com                     CA RECONVEYANCE CO.
and assistant Kristina Wood woodk@bryancave.com

BY ELECTRONIC SERVICE – Pursuant to the consent of the parties I caused the above-entitled documents to be electronically served on the interested parties to the action at their email address listed above.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 27, in San Francisco, CA

_____/s/___MApostolova_____

Magdalena Apostolova

---

Proof of Service by E-Mail, Emil Milyakov v. JP Morgan Chase, NA; et al.                    Page 1