# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME: Emil Milyakov, et al. v JP Morgan Chase Bank, et al.**

**CASE NO.  C11-2066 WHA (JSC)**

**COURTROOM DEPUTY**: Ada Means

**DATE**: **February 16, 2012**     **TIME: 2 hrs 15 mins**     **COURT REPORTER**: **Not Reported**

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**
**Emily Milyakov (Pro Se)**                         John Hedger
**Magdalena Apostolova (Pro Se)**

---

### PROCEEDINGS

[X]   SETTLEMENT CONFERENCE

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE RE:

[ ]    OTHER:

CASE CONTINUED TO:_____FOR_____

NOTES:

Case did not settle.

cc:

*T=Telephonic Appearance