IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV;
MAGDALENA A. APOSTOLOVA,

    Plaintiffs,

  v.

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATIONS;
CALIFORNIA RECONVEYANCE
COMPANY; PAUL FINANCIAL, LLC;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

    Defendants.

No. C 11-02066 WHA

**ORDER REQUESTING
SUPPLEMENTAL BRIEFING**

    At the February 23 motion hearing regarding defendants' motion to dismiss, plaintiff Magdalena Apostolova questioned Ms. Colleen Irby's authority to sign as an employee of MERS, alleging possible fraud. Counsel for defendants is hereby ordered to file evidentiary materials and a brief not to exceed three pages regarding information pertaining to Ms. Irby and her authority to sign the assignment of the deed of trust (RJN Exh. C) and the substitution of trustee (RJN Exh. D). This submission shall be due by **NOON ON FEBRUARY 29, 2012.**

    **IT IS SO ORDERED.**

Dated: February 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE