IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV and<br>MAGDALENA A. APOSTOLOVA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JP MORGAN CHASE, N.A., HSBC BANK<br>USA, N.A., CALIFORNIA RECONVEYANCE<br>COMPANY, PAUL FINANCIAL, LLC,<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC., and FOUNDATION<br>CONVEYANCING, LLC,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　/ | No. C 11-02066 WHA<br><br>**ORDER REGARDING<br>PLAINTIFFS' OPPOSITION<br>TO DEFENDANTS' REQUEST<br>FOR JUDICIAL NOTICE AT<br>DOCKET NUMBER 26** |

*Pro se* plaintiffs Emil Milyakov and Magdalena Apostolova filed an opposition to defendants' request for judicial notice at docket number 26 (Dkt. No. 110). Defendants' request for judicial notice at docket number 26 was submitted in conjunction with their motion to dismiss the first amended complaint. After the close of briefing on that motion and request for judicial notice, and consideration of plaintiffs' request for judicial notice in opposition to the motion, defendants' request for judicial notice at docket number 26 was granted on September 2, 2011 (Dkt. No. 35).

**United States District Court**
For the Northern District of California

Plaintiffs' opposition brief to the request for judicial notice at docket number 26, submitted several months after the close of briefing and after the order issued granting defendants' request for judicial notice, is untimely and will not be considered.

**IT IS SO ORDERED.**

Dated: February 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE