1  **BRYAN CAVE LLP**
   John C. Hedger, California Bar No. 230814
2  333 Market Street, Suite 2500
   San Francisco, CA 94111-3907
3  Telephone:    (415) 675-3400
   Facsimile:    (415) 675-3434
4  E-Mail:       hedgerj@bryancave.com

5  **BRYAN CAVE LLP**
   Stuart Price, California Bar No. 125918
6  3161 Michelson Drive, Suite 1500
   Irvine, California 92612-4414
7  Telephone: (949) 223-7000
   Facsimile:  (949) 223-7100
8  Email: swprice@bryancave.com

9  Attorneys for Defendants JPMORGAN CHASE BANK, N.A.; CALIFORNIA
   RECONVEYANCE CO.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
10

11           **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

13
    EMIL P. MILYAKOV;                        Case No. 11-cv-2066-WHA
14  MAGDALENA A. APOSTOLOVA
                                             **DEFENDANTS' NOTICE OF CHANGE
15           Plaintiffs,                     OF HANDLING ATTORNEY**

16           v.
                                             Judge:    Honorable William Alsup
17  JP MORGAN CHASE, N.A.; HSBC BANK
    USA, NA; CALIFORNIA
18  RECONVEYANCE CO.; PAUL
    FINANCIAL, LLC; MORTGAGE
19  ELECTRONIC REGISTRATION SYSTEMS,
    INC (MERS); FOUNDATION
20  CONVEYANCING, LLC; AND DOES 1
    THROUGH 100,
21
             Defendants.
22

23

24

25

26

27

28

BRYAN CAVE LLP
333 MARKET ST, 25TH FLOOR
SAN FRANCISCO, CA 94105

1   **TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR**

2   **COUNSEL OF RECORD:**

3       **PLEASE TAKE NOTICE** that, effective immediately, Defendants JPMorgan Chase

4   Bank, N.A., California Reconveyance Co., and Mortgage Electronic Registration Systems, Inc.

5   (collectively "Defendants") make the following Notice of Change of Handling Attorney pursuant

6   to Section IV.C.2. of General Order No. 45 of the United States District Court, Northern District

7   of California, which pertains to substitutions of counsel from the same firm:

8       Former counsel of record:

9
10          Selia M. Acevedo, California Bar No. 233877
            Bryan Cave LLP
11          Two Embarcadero Center, Suite 1410
            San Francisco, CA 94111-3907
12          Telephone:     (415) 675-3400
            Facsimile:     (415) 675-3434
13          E-Mail:        acevedos@bryancave.com

14
        New counsel of record:
15

16          John C. Hedger, California Bar No. 230814
            Bryan Cave LLP
17          333 Market St, 25th Floor
            San Francisco, CA 94111-3907
18          Telephone:     (415) 675-3400
            Facsimile:     (415) 675-3434
19          E-Mail:        hedgerj@bryancave.com

20      Stuart Price of Bryan Cave LLP also remain Defendants' counsel of record.

21  Dated:  March 1, 2012                    **BRYAN CAVE LLP**

22

23                                      By:   */s/ John C. Hedger*
                                                John C. Hedger
24                                      Attorneys for Defendants
                                        JPMORGAN CHASE BANK, N.A.;
25                                      CALIFORNIA RECONVEYANCE CO.; and
                                        MORTGAGE ELECTRONIC REGISTRATION
26                                      SYSTEMS, INC.

27

28

BRYAN CAVE LLP
333 MARKET ST, 25TH FLOOR
SAN FRANCISCO, CA 94105