1
2
3
4
5

**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
John C. Hedger, California Bar No. 230814
333 Market St, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:       scott.greene@bryancave.com
E-Mail:       hedgerj@bryancave.com

6
7
8
9

**BRYAN CAVE LLP**
Sean D. Muntz, California Bar No. 223549
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  sean.muntz@bryancave.com

10
11

Attorneys for Defendants JPMORGAN CHASE BANK, N.A.; CALIFORNIA
RECONVEYANCE COMPANY; and MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

12

### UNITED STATES DISTRICT COURT

13

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

14
15
16
17
18
19
20
21
22
23
24
25

EMIL P. MILYAKOV;
MAGDALENA A. APOSTOLOVA

                    Plaintiffs,

          v.

JP MORGAN CHASE, N.A.; HSBC BANK
USA, NA; CALIFORNIA
RECONVEYANCE CO.; PAUL
FINANCIAL, LLC; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC (MERS); FOUNDATION
CONVEYANCING, LLC; AND DOES 1
THROUGH 100,

                    Defendants.

Case No. 11-cv-2066-WHA

**DEFENDANTS JP MORGAN CHASE
BANK, N.A., CALIFORNIA
RECONVEYANCE COMPANY AND
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.'S
REQUEST FOR ADDITIONAL TIME TO
COMPLY WITH ORDER REQUESTING
SUPPLEMENTAL BRIEFING;
DECLARATION OF JOHN C. HEDGER
IN SUPPORT**

Judge:    Honorable William Alsup

Date Action Filed:    April 20, 2011
Action Removed:      April 27, 2011

Trial Date:          Not yet assigned

26
27
28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1  Defendants JPMORGAN CHASE BANK, N.A. ("Chase"); CALIFORNIA

2  RECONVEYANCE COMPANY ("CRC"); and MORTGAGE ELECTRONIC REGISTRATION

3  SYSTEMS, INC. ("MERS") (collectively, "Defendants") hereby submit this Request for

4  Additional Time to Comply with Order Requesting Supplemental Briefing.  Defendants did not

5  receive notice of the court's order until today, March 1, 2012. More time is required for

6  Defendants to file the evidentiary materials requested in the order.

7  **I.      FACTUAL AND PROCEDURAL BACKGROUND**

8  Plaintiffs filed this action in San Francisco County Superior Court, Case No. CGC-11-

9  510357 on April 20, 2011.  After the case was removed to federal court on April 27, 2011,

10  Plaintiffs filed a First Amended Complaint ("FAC") on June 29, 2011.  Plaintiffs asserted seven

11  causes of action: 1. Cancellation of Deed Instruments; 2. Slander of Title; 3. Injunctive Relief; 4.

12  Violation of California Civil Code Section 2923.5; 5. Wrongful Foreclosure; 6. Quasi Contract;

13  and 7. Unfair Competition [Violation of Cal. Bus. & Prof. Code 17200 et. Seq.].  In response,

14  Defendants filed a Motion to Dismiss the entire FAC pursuant to FRCP 12(b)(6).  Defendants'

15  motion was heard before this court on September 2, 2011 and this court ruled as follows:

16  Plaintiffs' second cause of action for slander of title and third cause of action for injunctive

17  relief were dismissed.  Defendants' Motion to Dismiss was converted into a Motion for Summary

18  Judgment as to three of Plaintiffs' causes of action:  Plaintiffs' First Cause of Action for

19  Cancellation of Deed, Plaintiffs' Fifth Cause of Action for Wrongful Foreclosure, and Plaintiffs'

20  Sixth Cause of Action for Quasi Contract, also referred to by the court as Unjust Enrichment.

21  Plaintiffs were allowed to conduct discovery for 10 weeks in order to allow them to develop facts

22  in support of the three causes of action.  The remaining causes of action survived.

23  The hearing on the Motion for Summary Judgment occurred on December 1, 2011.  This

24  court granted summary judgment as to the claims for Cancellation of Deed and Wrongful

25  Foreclosure, while finding enough alleged in Plaintiffs' FAC, absent a showing by Defendants, to

26  allow the claim of unjust enrichment to proceed.

27  Plaintiffs filed a Second Amended Complaint on December 9, 2011.  Defendants, in turn,

28  filed a Motion to Dismiss the Second Amended Complaint on or about December 27, 2011.

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1    Following an unsuccessful settlement conference on February 16, 2012, Defendants'

2    Motion to Dismiss was heard by the court on February 23, 2012.

3    This court issued an Order Requesting Supplemental Briefing on February 24, 2012.

4    Email notice of the order was not communicated to defense counsel through the CM/ECF system.

5    Defendants discovered the existence of the court's order today, March 1, 2012, at approximately

6    11:30 a.m.  Defendants wish to provide the requested supplemental briefing and hereby seek to be

7    allowed more time to comply.

8    **II.    DEFENDANTS WERE UNAWARE OF THE COURT'S ORDER OF FEBRUARY 24, 2012 UNTIL MARCH 1, 2012**

9

10    The court ordered Defendants "to file evidentiary materials and a brief . . . regarding . . .

11    Ms. Irby and her authority to sign the assignment of the deed of trust . . . and the substitution of

12    trustee."  The court gave Defendants until February 29, 2012 at noon to provide this information.

13    Defendants were unaware of the Court's order until Plaintiffs e-mailed Defendants'

14    counsel about lack of compliance at 11:29 a.m. on March 1, 2012  Counsel reviewed the email at

15    11:35 a.m. and requested staff to investigate.  *Declaration of John C*. Hedger, ¶2, Exhibit A.  It

16    was determined that the CM/ECF system did not provide email notification of the order.  *Id*.

17    Later in the day, Defendants' counsel spoke to William Noble, the Civil docketing clerk in

18    Courtroom 8.  *Declaration of John C*. Hedger, ¶3.  Mr. Noble explained that the subject order was

19    issued in the morning prior to current counsel and his staff being listed for CM/ECF service later

20    that day.  *Id*.  As a result, notice was sent to individuals that no longer work with Defendants'

21    counsel and no longer represent Defendants.  Id.  Defendants' counsel also left a lengthy message

22    with Dawn Toland, the Calendar Clerk and Courtroom Deputy for Courtroom 8, explaining why

23    Defendants have not complied with the Court's order.  *Id*.  This voice message was not returned.
     *Id*.

24    **III.    DEFENDANTS NEED MORE TIME TO COMPLY WITH THE COURT'S ORDER OF FEBRUARY 24, 2012**

25

26    Even if Defendants had received notice of the court's order on February 24, 2012,

27    Defendants could not have provided the requested materials by February 29, 2012.  The court is

28    requesting evidentiary materials of Ms. Irby's authority to sign two documents.  It is believed that

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1   declarations will be required to provide the evidence of Ms. Irby's authority. *Declaration of John*

2   *C.* Hedger, ¶4. Due to Defendants' various corporate structures, the proper individuals to provide

3   declarations will need to be identified and then given authorization from superiors. *Id.* Internal

4   counsel for each of the Defendants will need to also be involved with verifying the accuracy of

5   information contained in the declarations. *Id.* Therefore, Defendants request additional time to

6   comply with the court's order.

7       Defendants wish to have until March 30, 2012 to provide the evidentiary materials

8   requested. Defendants' counsel has communicated with Plaintiffs about the desired additional

9   time to comply with the court's order. *Declaration of John C.* Hedger, ¶5. Plaintiffs indicated

10  they are only willing to give Defendants three days to comply with the order. *Id.*

11  **IV.**   **CONCLUSION**

12      For the foregoing reasons, Defendants seek to have the court issue an amended order

13  whereby Defendants will file evidentiary materials and a brief with regard to Ms. Irby's authority

14  to sign the assignment of the deed of trust and the substitution of trustee no later than March 30,

15  2012.

16  Dated: March 1, 2012                    Respectfully submitted,

17                                          **BRYAN CAVE LLP**

18

19                                          By:    s/John C. Hedger
20                                                 John C. Hedger
                                            Attorneys for Defendants
21                                          JPMORGAN CHASE BANK, N.A.; CALIFORNIA
                                            RECONVEYANCE COMPANY; and MORTGAGE
                                            ELECTRONIC REGISTRATION SYSTEMS, INC

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

## DECLARATION OF JOHN C. HEDGER

I, John C. Hedger, declare:

1.      I am an attorney duly licensed to practice law before the United States District Court, Northern District of California.  I am an attorney with the law firm of Bryan Cave LLP, counsel of record for Defendants JPMORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE CO.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and MERSCORP, INC. (collectively, "Defendants").  I submit this Declaration in support of Defendants' Request For Additional Time To Comply With Order Requesting Supplemental Briefing.  I have personal knowledge of the matters set forth below, and if called upon to testify regarding such matters, I could and would competently testify thereto.

2      Defendants were unaware of the Court's order until Plaintiffs e-mailed Defendants' counsel about lack of compliance at 11:29 a.m. on March 1, 2012  I reviewed the email at 11:35 a.m. and requested staff to investigate.  It was determined that the CM/ECF system did not provide email notification of the order.  A true and correct copy of emails between Plaintiffs and myself are attached hereto as Exhibit A.

3.      At approximately 12:30 p.m., I left messages with Dawn Toland and William Noble.  At about 1:20 p.m., I spoke to William Noble, the Civil docketing clerk in Courtroom 8. Mr. Noble explained that the subject order was issued in the morning prior to current counsel and his staff being listed for CM/ECF service later that day.  As a result, notice was sent to individuals that no longer work with Defendants' counsel and no longer represent Defendants.  My lengthy voice message left with Dawn Toland, the Calendar Clerk and Courtroom Deputy for Courtroom 8, explaining why Defendants have not complied with the Court's order, was not returned.

4.      I believe that declarations will be required to provide the evidence of Ms. Irby's authority.  Due to my clients' various corporate structures, the proper individuals to provide declarations will need to be identified and then given authorization from superiors.  Internal counsel for each of my clients will need to also be involved with verifying the accuracy of information contained in the declarations.

5.      I communicated with Plaintiffs about the desired additional time to comply with the

1    court's order.  Plaintiffs indicated they are only willing to give my clients three days to comply

2    with the court's order.. A true and correct copy of emails between Plaintiffs and myself are

3    attached hereto as Exhibit A.

4         I declare under penalty of perjury under the laws of the State of California that the

5    foregoing is true and correct and that this declaration was executed on this 1st day of March of the

6    year 2012 in San Francisco, California.

7                                   ___s/ John C. Hedger_____
                                        John C. Hedger
8

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105