IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV and<br>MAGDALENA A. APOSTOLOVA,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE, N.A., HSBC BANK USA, N.A., CALIFORNIA RECONVEYANCE COMPANY, PAUL FINANCIAL, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and FOUNDATION CONVEYANCING, LLC,<br><br>    Defendants.<br>_____ / | No. C 11-02066 WHA<br><br><br><br>**ORDER EXTENDING TIME TO**<br>**FILE SUPPLEMENTAL BRIEFING** |

    Defendants were ordered to file by February 29, 2012, evidentiary materials and a brief not to exceed three pages regarding information pertaining to Ms. Colleen Irby and her authority to sign the assignment of the deed of trust (RJN Exh. C) and the substitution of trustee (RJN Exh. D). No such filing was made. On March 1, 2012, Attorney John Hedge submitted a request for additional time to comply with the order requesting supplemental materials, explaining he had not received notification of the order, as he was not listed as counsel of record at the time the request was filed. He also indicated that more time is needed to obtain the evidentiary materials

requested. Defendants must submit the requested evidentiary materials and supplemental briefing **BY MARCH 9, 2012**.

**IT IS SO ORDERED.**

Dated: March 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2