United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV and<br>MAGDALENA A. APOSTOLOVA,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE, N.A., HSBC BANK USA, N.A., CALIFORNIA RECONVEYANCE COMPANY, PAUL FINANCIAL, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and FOUNDATION CONVEYANCING, LLC,<br><br>    Defendants.<br> / | No. C 11-02066 WHA<br><br>**ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO REPLY TO DEFENDANTS' REQUEST FOR ADDITIONAL TIME TO COMPLY WITH OSC COURT ORDER OF FEBRUARY 24, 2012.** |

    Plaintiffs Emil P. Milyakov and Magdalena A. Apostolova have submitted a "motion for an extention [sic] of time to reply to defendants' request for additional time to comply with the OSC court order of Febr. 24, 2012" (Dkt. No. 123). The issue is that defendants failed to timely comply with this Court's order dated February 24, 2012, to submit supplemental briefing by noon on February 29, 2012. On March 1, 2012, however, defendants filed a request for additional time to comply with the order dated February 24, indicating new defense counsel did not receive notice of the order the day it issued because it was filed prior to new defense counsel being listed for CM/ECF service. The request also explained that defense counsel only became aware of the order on February 29, when plaintiffs emailed defense counsel about lack of compliance with the deadline (Dkt. No. 120 at 3).

Defendants requested an extension of time to submit supplemental briefing. An order issued on March 2, extending the deadline for defendants to submit supplemental briefing to March 9, 2012. After that order issued, plaintiffs filed the instant motion. Plaintiffs request an extension of time to March 9, to "reply to defendants' request for additional time to submit supplemental briefing" (Dkt. No. 123). That issue is moot in light of the order granting defendants an extension of time to March 9, to submit supplemental briefing, which is necessary to resolve the pending motion to dismiss. Thus, plaintiffs' request is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE