**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV;
MAGDALENA A. APOSTOLOVA

    Plaintiffs,

  v.

JP MORGAN CHASE, N.A.; HSBC BANK USA, N.A.; CALIFORNIA RECONVEYANCE CO.; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FOUNDATION CONVEYANCING, LLC; and DOES 1–100,

    Defendants.

No. C 11-02066 WHA

**ORDER DENYING CONSIDERATION OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SUPPLEMENTAL BRIEFING**

On March 14, plaintiffs filed an opposition to defendants' supplemental briefing. The order dated February 23 asked for supplemental briefing from defendants only. Plaintiffs' opposition will therefore not be considered.

**IT IS SO ORDERED.**

Dated: March 15, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE