IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV;
MAGDALENA A. APOSTOLOVA

      Plaintiffs,

  v.

JP MORGAN CHASE, N.A.; HSBC BANK USA, N.A.; CALIFORNIA RECONVEYANCE CO.; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FOUNDATION CONVEYANCING, LLC; and DOES 1–100,

      Defendants.

No. C 11-02066 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of JP Morgan Chase, N.A., HSBC Bank USA, N.A., California Reconveyance Co., Paul Financial, LLC, Mortgage Electronic Registration Systems, Inc., and Foundation Conveyancing, LLC, and against Emil P. Milyakov and Magdalena A. Apostolova. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 15, 2012.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE