IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV and
MAGDALENA A. APOSTOLOVA,

    Plaintiffs,

  v.

JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE CO.; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1–100,

    Defendants.

No. C 11-02066 WHA

**AMENDED JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of JP Morgan Chase Bank, N.A., California Reconveyance Co., and Mortgage Electronic Registration Systems, Inc., and against Emil P. Milyakov and Magdalena A. Apostolova.

Judgment is not rendered with respect to Paul Financial, LLC, because they have not made an appearance.

**IT IS SO ORDERED.**

Dated: March 16, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE