IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV and
MAGDALENA A. APOSTOLOVA,

    Plaintiffs,

  v.

JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE CO.; PAUL FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1–100,

    Defendants.

No. C 11-02066 WHA

**ORDER TO SHOW CAUSE**

On March 16, 2013, final judgment was entered in favor of JP Morgan Chase Bank, N.A., California Reconveyance Co., and Mortgage Electronic Registration Systems, Inc., and against Emil P. Milyakov and Magdalena A. Apostolova. Judgment was not rendered with respect to Paul Financial, LLC, because it has not made an appearance. Plaintiffs, proceeding pro se, moved for default judgment against Paul Financial, LLC and Foundation Conveyancing, LLC (Dkt. No. 141). The motion was denied because plaintiffs had not obtained entry of default against either entity. Since that time, plaintiffs have not sought entry of default or default judgment against any defendant.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute. Plaintiffs' response is due by **NOON ON AUGUST 27, 2013.**

**IT IS SO ORDERED.**

Dated: August 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE