IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL P. MILYAKOV and<br>MAGDALENA A. APOSTOLOVA,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>CALIFORNIA RECONVEYANCE CO.;<br>PAUL FINANCIAL, LLC; MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; and DOES 1–100,<br><br>    Defendants.<br>                                    / | No. C 11-02066 WHA<br><br><br>**ORDER TO SHOW CAUSE RE MOTION FOR DEFAULT JUDGMENT** |

      On March 16, 2013, final judgment was entered in favor of JP Morgan Chase Bank, N.A., California Reconveyance Co., and Mortgage Electronic Registration Systems, Inc., and against Emil P. Milyakov and Magdalena A. Apostolova. Judgment was not rendered with respect to Paul Financial, LLC, because it has not made an appearance. Plaintiffs, proceeding pro se, moved for default judgment against Paul Financial, LLC and Foundation Conveyancing, LLC (Dkt. No. 141). The motion was denied because plaintiffs had not obtained entry of default against either entity. An order to show cause was issued on August 14, 2013, because plaintiffs have not sought entry of default or default judgment against any defendant. Plaintiffs moved for entry of default against Paul Financial and Foundation Conveyancing. Default was entered on August 28, 2013, against defendant Paul Financial but not Foundation Conveyancing because Foundation Conveyancing was dismissed from the case by virtue of not being named as

a defendant in plaintiff's second amended complaint. Since that time, plaintiffs have not sought default judgment against defendant Paul Financial.

Plaintiffs are **HEREBY ORDERED TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute. Plaintiffs' response is due by **SEPTEMBER 12, 2013, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE